UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACOSTA INC.,

                Plaintiff,

-against-

AON RISK SERVICES NORTHEAST, INC.,

                Defendant.

Civil Action No.:
1:23-cv-09435 (LGS) (VF)

**STIPULATION OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action against the defendant are hereby voluntarily dismissed with prejudice, with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

Dated: March 25, 2024

SMITH, GAMBRELL & RUSSELL, LLP

John G. McCarthy
Morgan V. Manley
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Tel: (212) 907-9700
jmccarthy@sgrlaw.com
mmanley@sgrlaw.com

-and-

Alan S. Wachs (*Pro Hac Vice*)
50 N. Laura Street, Suite 2600
Jacksonville, Florida 23303
Tel: (904) 598-6110
awachs@sgrlaw.com

*Attorneys for Plaintiff*
*Acosta Inc.*

Dated: March 25, 2024

REED SMITH, LLP

/s/
John N. Ellison
599 Lexington Avenue
New York, New York 10022
Tel: (212) 521-5400
jellison@reedsmith.com

*Attorney for Defendant*
*AON Risk Services Northeast, Inc.*